On petition for review filed January 3, 1996,* petition for review allowed; decision of the Court of Appeals vacated, and case remanded to the Court of Appeals for further consideration April 5, 2001

STATE OF OREGON,
*Respondent on Review,*

*v.*

JANIS ELLEN McCAIN,
*Petitioner on Review.*

(CC 94CR0190TM; CA A85562; SC S42916)

21 P3d 1088

James N. Varner, Deputy Public Defender, Salem, filed the petition for review. With him on the petition was Sally L. Avera, Public Defender.

No response *contra.*

Before Carson, Chief Justice, and Gillette, Durham, and De Muniz, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State v. Fleetwood*, 331 Or 511, 16 P3d 503 (2000).

---

* Appeal from Deschutes County Circuit Court, Alta J. Brady, Judge. 138 Or App 189, 906 P2d 870 (1995).

** Kulongoski, Leeson, and Riggs, JJ., did not participate in the consideration or decision of this case.